JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/8/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RINGGOLD-LOCKHART, et al., | Case No. CV 19-5601 FMO (AFMx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ARASH NIKOURAI, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 8th day of November, 2019.

/s/
Fernando M. Olguin
United States District Judge